# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fricke, Theresa L. | U.S. District Court for the Western District of Washington | 07/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (active full-time) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S Courthouse
1717 Pacific Ave.
Tacoma, WA 98402
Room 3100

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Hester Law Group, Inc. P.S. W-2 Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Visa | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fricke, Theresa L.** | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. JP Morgan US Government Money Market Fund (QVESQ) | A | Dividend | J | T | | | | | |
| 3. Blackrock Index Fds Inc (BTMKX) | A | Dividend | J | T | Sold (part) | 04/08/19 | J | A | |
| 4. | | | | | Sold (part) | 11/25/19 | J | A | |
| 5. Brown Advisory Fds (BAFHX) | A | Dividend | | | Sold | 02/21/19 | J | A | |
| 6. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | | | Sold (part) | 02/08/19 | J | A | |
| 7. | | | | | Sold | 04/08/19 | J | A | |
| 8. Dodge & Cox Funds International Stock Fund (DODFX) | A | Dividend | | | Sold | 02/21/19 | J | A | |
| 9. Fidelity Salem Str Tr (FXAIX) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 10. | | | | | Sold (part) | 04/08/19 | K | B | |
| 11. | | | | | Sold (part) | 07/08/19 | J | A | |
| 12. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 13. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 14. | | | | | Sold (part) | 11/25/19 | J | A | |
| 15. Harris Assoc Invt Tr (OANMX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 16. iShares Inc (EWJ) | A | Dividend | J | T | Sold (part) | 03/07/19 | J | A | |
| 17. | | | | | Sold (part) | 11/26/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fricke, Theresa L.** | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. JP Morgan Exchange (BBCA) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 19. | | | | | Sold (part) | 11/26/19 | J | A | |
| 20. JP Morgan Exchange (BBAX) | A | Dividend | J | T | Sold (part) | 07/09/19 | J | A | |
| 21. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 22. JP Morgan Exchange (BBEU) | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 23. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 24. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 25. | | | | | Sold (part) | 08/29/19 | J | A | |
| 26. | | | | | Sold (part) | 11/26/19 | J | A | |
| 27. JP Morgan Exchange (BBJP) | A | Dividend | J | T | Sold (part) | 03/07/19 | J | A | |
| 28. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 29. | | | | | Sold (part) | 11/26/19 | J | A | |
| 30. JP Morgan Tr I (JUEMX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 31. Massachusetts Invs Tr (MITJX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 32. MFS SER Tr I (MRSKX) | A | Dividend | | | Sold (part) | 02/08/19 | J | A | |
| 33. | | | | | Sold | 04/08/19 | J | A | |
| 34. Sic Circles Tr (CIUEX) | A | Dividend | K | T | Buy (add'l) | 04/08/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 36. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 37. Six Circles Tr (CUSUX) | A | Dividend | L | T | Buy (add'l) | 02/08/19 | J | | |
| 38. | | | | | Buy (add'l) | 04/08/19 | K | | |
| 39. | | | | | Sold (part) | 07/08/19 | K | A | |
| 40. | | | | | Sold (part) | 11/25/19 | J | A | |
| 41. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | K | T | | | | | |
| 42. Vanguard Index Tr (VFIAX) | B | Dividend | M | T | | | | | |
| 43. American Century Mun Tr (ATBYX) | B | Dividend | K | T | Buy (add'l) | 07/08/19 | J | | |
| 44. | | | | | Sold (part) | 09/04/19 | J | A | |
| 45. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 46. Bernstein Sanford C FD (AIDZX) | A | Dividend | L | T | Buy (add'l) | 07/08/19 | J | | |
| 47. | | | | | Sold (part) | 09/04/19 | J | A | |
| 48. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 49. Blackrock Mun Bd Fd Inc (BNMLX) | A | Dividend | K | T | Buy (add'l) | 07/08/19 | J | | |
| 50. | | | | | Sold (part) | 09/04/19 | J | A | |
| 51. | | | | | Buy (add'l) | 11/25/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge & Cox Income Fund (DODIX) | A | Dividend | K | T | Buy (add'l) | 07/08/19 | J | | |
| 53. | | | | | Sold (part) | 09/04/19 | J | A | |
| 54. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 55. iShares Trust (IEI) | A | Dividend | J | T | Buy | 09/25/19 | J | | |
| 56. iShares Trust (IEF) | A | Dividend | J | T | Buy | 09/25/19 | J | | |
| 57. iShares Trust (SHV) | A | Dividend | J | T | Buy | 06/10/19 | K | | |
| 58. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 59. | | | | | Sold (part) | 09/05/19 | J | A | |
| 60. | | | | | Sold (part) | 09/25/19 | K | A | |
| 61. iShares Trust (SHY) | A | Dividend | | | Sold (part) | 01/08/19 | J | A | |
| 62. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 63. | | | | | Sold | 06/10/19 | K | A | |
| 64. John Hancock Income Fund (JSNWX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 65. JP Morgan TR II (OSTSX) formerly (JIMIX) | A | Dividend | K | T | Buy (add'l) | 07/08/19 | J | | |
| 66. | | | | | Sold (part) | 09/04/19 | J | A | |
| 67. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 68. Mainstay Fds (MHYSX) | A | Dividend | | | Sold | 03/06/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco Low Duration Fund (PTLDX) | A | Dividend | K | T | Buy (add'l) | 07/08/19 | J | | |
| 70. | | | | | Sold (part) | 09/04/19 | J | A | |
| 71. Pimco Total Return Fund (PTTRX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | A | |
| 72. | | | | | Sold (part) | 09/04/19 | J | A | |
| 73. Rowe T Price Intl Fds Inc (PRXIX) | A | Dividend | | | Buy (add'l) | 02/01/19 | J | | |
| 74. | | | | | Sold | 02/21/19 | J | A | |
| 75. Six Circles Tr (CUTAX) | A | Dividend | J | T | Buy (add'l) | 07/08/19 | J | | |
| 76. | | | | | Sold (part) | 09/04/19 | J | A | |
| 77. T Rowe Price Summit Mun (PRTMX) formerly (PRSMX) | A | Dividend | K | T | Buy (add'l) | 02/08/19 | J | | |
| 78. | | | | | Buy (add'l) | 02/21/19 | J | | |
| 79. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 80. | | | | | Sold (part) | 09/04/19 | J | A | |
| 81. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 82. Tax Exempt Bd Fd Amer (TFEBX) | A | Dividend | K | T | Buy (add'l) | 02/08/19 | J | | |
| 83. | | | | | Buy (add'l) | 02/21/19 | J | | |
| 84. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 85. | | | | | Sold (part) | 09/04/19 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 87. Vangurad Short Term Fund (VTIP) | A | Dividend | J | T | Buy (add'l) | 07/09/19 | J | | |
| 88. Checking & Savings Accounts (H) | | | | | | | | | |
| 89. JP Morgan Chase Bank N.A. | A | Interest | J | T | | | | | |
| 90. JP Morgan Chase Bank N.A. | A | Interest | K | T | | | | | |
| 91. JP Morgan Chase Bank N.A. | A | Interest | L | T | | | | | |
| 92. Brokerage #2 SEP (H) | | | | | | | | | |
| 93. JP Morgan US Government (QVESQ) | A | Dividend | J | T | | | | | |
| 94. Abbvie Inc (ABBV) | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 95. Accenture PLC Ireland (ACN) | A | Dividend | J | T | | | | | |
| 96. Adobe Inc (ADBE) | A | Dividend | J | T | | | | | |
| 97. Alexion Pharmaceuticals (ALXN) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 98. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 99. Allegion Public Limited (ALLE) | A | Dividend | J | T | | | | | |
| 100. Alphabet Inc (GOOGL) | A | Dividend | J | T | | | | | |
| 101. Alphabet Inc (GOOG) | A | Dividend | J | T | Buy (add'l) | 10/16/19 | J | | |
| 102. Amazon.com Inc (AMZN) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Express Company (AXP) | A | Dividend | J | T | | | | | |
| 104. Analog Devices Inc (ADI) | A | Dividend | | | Sold (part) | 02/26/19 | J | A | |
| 105. | | | | | Sold (part) | 02/27/19 | J | A | |
| 106. | | | | | Sold (part) | 02/28/19 | J | A | |
| 107. | | | | | Sold | 03/01/19 | J | A | |
| 108. Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 109. APTIV PLC (APTV) | A | Dividend | J | T | | | | | |
| 110. Automatic Data (ADP) | A | Dividend | J | T | | | | | |
| 111. Bank of America Corp (BAC) | A | Dividend | J | T | | | | | |
| 112. Berkshire Hathaway Inc (BRKB) | A | Dividend | J | T | | | | | |
| 113. Biogen Inc (BIIB) | A | Dividend | | | Sold | 03/20/19 | J | A | |
| 114. Blackrock Index Fds Inc (BTMKX) | B | Dividend | K | T | Sold (part) | 10/15/19 | J | A | |
| 115. Boston Scientific Corp (BSX) | A | Dividend | J | T | | | | | |
| 116. Bristol Myers Squibb Co (BMY) | A | Dividend | J | T | Sold (part) | 03/19/19 | J | A | |
| 117. Broadcom Inc (AVGO) | A | Dividend | J | T | | | | | |
| 118. Brown Advisory Funds (BAFHX) | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 119. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | | | Sold (part) | 02/08/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/20/19 | J | A | |
| 121. | | | | | Sold | 04/04/19 | J | A | |
| 122. Celgene Corp (CELG) | A | Dividend | J | T | | | | | |
| 123. Charles Schwab Corp New (SCHW) | A | Dividend | J | T | | | | | |
| 124. Charter Communications (CHTR) | A | Dividend | J | T | | | | | |
| 125. Chubb LTD (CB) | A | Dividend | J | T | | | | | |
| 126. Citigroup Inc (C) | A | Dividend | J | T | | | | | |
| 127. Coca Cola Company (KO) | A | Dividend | J | T | | | | | |
| 128. Comcast Corp (CMCSA) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 129. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 130. Delta Airlines Inc Del (DAL) | A | Dividend | J | T | | | | | |
| 131. Diamondback Energy Inc (FANG) | A | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 132. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 133. Dupont De Nemours Inc (DD) (X) | A | Dividend | J | T | | | | | |
| 134. Dodge & Cox Funds (DODFX) | A | Dividend | | | Sold (part) | 02/08/19 | J | A | |
| 135. | | | | | Sold | 04/04/19 | J | A | |
| 136. Dollar Tree Inc (DLTR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dowdupont Inc (DWDP) | A | Dividend | J | T | | | | | |
| 138. Electronic Arts Inc (EA) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 139. Eli Lilly & Co (LLY) | A | Dividend | J | T | | | | | |
| 140. EOG Res Inc (EOG) | A | Dividend | J | T | | | | | |
| 141. Facebook Inc (FB) | A | Dividend | J | T | | | | | |
| 142. Federated Instl Tr (FIHLX) (X) | A | Dividend | | | Sold | 03/11/19 | J | A | |
| 143. Fidelity National (FIS) | A | Dividend | J | T | | | | | |
| 144. Fidelity Salem Str Tr (FXAIX) | B | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 145. | | | | | Buy (add'l) | 02/08/19 | J | | |
| 146. | | | | | Sold (part) | 04/04/19 | J | A | |
| 147. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 148. | | | | | Sold (part) | 10/15/19 | K | B | |
| 149. | | | | | Sold (part) | 11/25/19 | J | A | |
| 150. Fidelity Salem Str Tr (FSPSX) | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 151. | | | | | Sold (part) | 10/15/19 | J | A | |
| 152. Fiserv Inc (FISV) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 153. | | | | | Buy (add'l) | 01/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 155. General Dynamics Corp (GD) | A | Dividend | J | T | | | | | |
| 156. Gilead Sciences Inc (GILD) | A | Dividend | | | Sold | 01/29/19 | J | A | |
| 157. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 158. Honeywell Intl Inc (HON) | A | Dividend | J | T | | | | | |
| 159. Intercontinental Exchange (ICE) | A | Dividend | J | T | | | | | |
| 160. JP Morgan Exchange (BBCA) | A | Dividend | J | T | Buy (add'l) | 04/05/19 | J | | |
| 161. | | | | | Sold (part) | 10/16/19 | J | A | |
| 162. JP Morgan Exchange (BBAX) | A | Dividend | J | T | | | | | |
| 163. JP Morgan Exchange (BBEU) | A | Dividend | K | T | Buy (add'l) | 02/21/19 | J | | |
| 164. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 165. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 166. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 167. JP Morgan Exchange (BBJP) | A | Dividend | K | T | Sold (part) | 03/12/19 | J | A | |
| 168. | | | | | Sold (part) | 10/16/19 | J | A | |
| 169. Keycorp New (KEY) | A | Dividend | J | T | | | | | |
| 170. Linde PLC (LIN) | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Lowes Companies Inc (LOW) | A | Dividend | J | T | | | | | |
| 172. Marathon Pete Corp (MPC) | A | Dividend | J | T | | | | | |
| 173. Mastercard Incorperated (MA) | A | Dividend | J | T | Sold (part) | 01/29/19 | J | A | |
| 174. | | | | | Sold (part) | 01/30/19 | J | A | |
| 175. Metrodonic PLC (MDT) | A | Dividend | | | Sold | 05/21/19 | J | A | |
| 176. Mcdonalds Corp (MCD) (X) | A | Dividend | J | T | | | | | |
| 177. Merck & Co Inc (MRK) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 178. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 179. MFS SER TR I (MRSKX) | A | Dividend | | | Sold (part) | 02/20/19 | J | A | |
| 180. | | | | | Sold | 04/04/19 | J | A | |
| 181. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy (add'l) | 10/16/19 | J | | |
| 182. Mondelez International (MDLZ) | A | Dividend | J | T | | | | | |
| 183. Morgan Stanley (MS) | A | Dividend | J | T | | | | | |
| 184. Netflix Com Inc (NFLX) | A | Dividend | J | T | | | | | |
| 185. Nextra Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 186. Nike (NKE) (Y) | | | | | | | | | |
| 187. Nisource Inc (NI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 189. Northorp Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 190. Nvida Corp (NVDA) | A | Dividend | J | T | | | | | |
| 191. NXP Semiconductors N V (NXPI) | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 192. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 193. O Riley Automotive Inc (ORLY) | A | Dividend | J | T | | | | | |
| 194. Occidental Pete Corp (OXY) | A | Dividend | J | T | | | | | |
| 195. Parker Hannfin Corp (PH) | A | Dividend | J | T | | | | | |
| 196. Paypal Holdings Inc (PYPL) | A | Dividend | J | T | Buy (add'l) | 01/29/19 | J | | |
| 197. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 198. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 199. Philip Morris (PM) | A | Dividend | J | T | | | | | |
| 200. Pioneer Natural Resources (PXD) | A | Dividend | J | T | | | | | |
| 201. Proctor & Gamble Co (PG) (X) | A | Dividend | J | T | | | | | |
| 202. Prudential Financial Inc (PRU) | A | Dividend | J | T | | | | | |
| 203. Ross Stores Inc (ROST) | A | Dividend | J | T | | | | | |
| 204. Salesforce.com Inc (CRM) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Six Circles Tr (CIUEX) (X) | A | Dividend | | | Sold | 10/15/19 | J | A | |
| 206.  Six Circles Tr (CUSUX) (X) | A | Dividend | | | Sold | 10/15/19 | J | A | |
| 207.  Six Circles Tr (CUSDX) (X) | A | Dividend | | | Sold | 10/15/19 | J | A | |
| 208.  Stanley Black & Decker (SWK) | A | Dividend | J | T | | | | | |
| 209.  SVB Financial Group (SIVB) | A | Dividend | J | T | | | | | |
| 210.  Texas Instruments (TXN) | A | Dividend | J | T | Buy (add'l) | 02/22/19 | J | | |
| 211.  Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 212.  United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 213.  Unitedhealth Grop Inc (UNH) | A | Dividend | J | T | | | | | |
| 214.  Vanguard Index Tr (VFIAX) | A | Dividend | L | T | | | | | |
| 215.  Vanguard Intl Equity (VGK) (Y) | | | | | | | | | |
| 216.  Vertex Pharmaceuticals (VRTX) | A | Dividend | J | T | | | | | |
| 217.  Visa Inc (V) | A | Dividend | J | T | | | | | |
| 218.  Walt Disney Co (DIS) | A | Dividend | J | T | Sold (part) | 03/19/19 | J | A | |
| 219. | | | | | Sold (part) | 10/30/19 | J | A | |
| 220.  Waste Connections Inc (WCN) | A | Dividend | J | T | | | | | |
| 221.  Wells Fargo & Co (WFC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Wex Inc (WEX) | A | Dividend | J | T | | | | | |
| 223. Worldpay Inc (WP) | A | Dividend | | | Sold (part) | 02/01/19 | J | A | |
| 224. | | | | | Sold | 02/04/19 | J | A | |
| 225. Yum Brands Inc (YUM) | A | Dividend | J | T | | | | | |
| 226. Zimmer Biomet Holdings (ZBH) | A | Dividend | J | T | | | | | |
| 227. Dodge & Cox Income Fund (DODIX) | A | Dividend | K | T | Buy (add'l) | 10/15/19 | J | | |
| 228. Federated Instl TR (FIHLX) | A | Dividend | J | T | | | | | |
| 229. John Hancock Income Fund (JSTIX) (Y) | | | | | | | | | |
| 230. iShares 20 Plus Year (TLT) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 231. iShares Trust (IEF) | A | Dividend | K | T | Buy | 02/21/19 | J | | |
| 232. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 233. iShares Trust (MBB) | A | Dividend | K | T | Buy | 02/11/19 | J | | |
| 234. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 235. Hancock John Fds II (JIPRX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 236. iShares Tips Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 10/16/19 | J | | |
| 237. John Hancock Income Fund (JSNWX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 238. JPMorgan Tr II (JCBUX) | B | Dividend | L | T | Sold (part) | 09/25/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 240. Pimco Investment Grade (PIGIX) | A | Dividend | K | T | Buy (add'l) | 10/15/19 | J | | |
| 241. Pimco Short Term Fund (PTSHX) | A | Dividend | K | T | Buy (add'l) | 10/15/19 | J | | |
| 242. Pimco Total Return Fund (PTTRX) | A | Dividend | K | T | Sold (part) | 02/08/19 | J | A | |
| 243. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 244. Rowe T Price Intl Fds Inc (PRXIX) | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 245. Rowe T Price New Income (PRXEX) | B | Dividend | L | T | Sold (part) | 09/25/19 | J | A | |
| 246. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 247. Vanguard Bond Index Fd (VBTLX) | A | Dividend | K | T | Buy (add'l) | 02/08/19 | J | | |
| 248. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 249. Vanguard Charlotte Fds (VTABX) | C | Dividend | M | T | | | | | |
| 250. Vanguard Fixed Income (VFIDX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 251. Vanguard Short Term Bond (BSV) | A | Dividend | | | Sold (part) | 01/08/19 | J | A | |
| 252. | | | | | Sold (part) | 02/11/19 | J | A | |
| 253. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 254. | | | | | Sold | 09/26/19 | J | A | |
| 255. Vanguard Total (BNDX) | A | Dividend | L | T | Buy (add'l) | 02/11/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fricke, Theresa L.** | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 09/26/19 | K | | |
| 257. | | | | | Buy (add'l) | 10/16/19 | K | | |
| 258. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 259. Brokerage #3 (SEP) (H) | | | | | | | | | |
| 260. JP Morgan US Government Money Market Fund (QVESQ) | A | Dividend | J | T | | | | | |
| 261. Blackrock Index Fds Inc (BTMKX) | B | Dividend | J | T | Sold (part) | 08/13/19 | K | A | |
| 262. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | | | Sold (part) | 02/15/19 | J | A | |
| 263. | | | | | Sold | 04/09/19 | J | A | |
| 264. Dodge & Cox Funds (DODFX) | A | Dividend | | | Sold (part) | 02/08/19 | J | A | |
| 265. | | | | | Sold (part) | 02/15/19 | J | A | |
| 266. | | | | | Sold | 04/09/19 | J | A | |
| 267. Fidelity Salem Str Tr (FXAIX) | B | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 268. | | | | | Sold (part) | 04/09/19 | K | A | |
| 269. | | | | | Sold (part) | 08/13/19 | M | D | |
| 270. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 271. Fidelity Salem Str Tr (FSPSX) | A | Dividend | | | Buy | 04/09/19 | J | | |
| 272. | | | | | Sold | 08/13/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. JP Morgan Exchange (BBCA) | A | Dividend | J | T | Buy (add'l) | 04/10/19 | J | | |
| 274. | | | | | Sold (part) | 08/14/19 | J | A | |
| 275. JP Morgan Exchange (BBAX)(X) | A | Dividend | J | T | Sold (part) | 08/14/19 | J | A | |
| 276. JP Morgan Exchange (BBEU) | A | Dividend | J | T | Buy (add'l) | 04/10/19 | J | | |
| 277. | | | | | Sold (part) | 08/14/19 | J | A | |
| 278. | | | | | Sold (part) | 08/28/19 | J | A | |
| 279. JP Morgan Exchange (BBJP) | A | Dividend | J | T | Sold (part) | 03/07/19 | J | A | |
| 280. | | | | | Sold (part) | 08/14/19 | J | A | |
| 281. MFS SER Tr I (MRSKX) | A | Dividend | | | Sold (part) | 02/08/19 | J | A | |
| 282. | | | | | Sold | 04/09/19 | J | A | |
| 283. Six Circles Tr (CIUEX) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 284. | | | | | Sold (part) | 08/13/19 | J | A | |
| 285. Six Circles Tr (CUSUX) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 286. | | | | | Sold (part) | 08/13/19 | K | A | |
| 287. Six Circles Tr (CUSDX) (X) | A | Dividend | | | Sold | 08/13/19 | J | A | |
| 288. Vanguard Index Tr (VFIAX) | A | Dividend | J | T | | | | | |
| 289. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Buy (add'l) | 02/08/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fricke, Theresa L.** | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 08/13/19 | J | A | |
| 291. iShares Trust (IEF) | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 292. | | | | | Sold (part) | 08/14/19 | J | A | |
| 293. iShares Trust (MBB) | A | Dividend | J | T | Buy | 02/11/19 | J | | |
| 294. | | | | | Sold (part) | 08/14/19 | J | A | |
| 295. iShares 20 Plus Year (TLT) | A | Dividend | J | T | Buy | 09/25/19 | J | | |
| 296. Pimco Investment Grade (PIGIX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 297. Pimco Total Return Fund (PTTRX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 298. Rowe T Price New Income (PRXEX) | A | Dividend | J | T | Sold (part) | 08/13/19 | J | A | |
| 299. | | | | | Sold (part) | 09/24/19 | J | A | |
| 300. Six Circles Tr (CUSDX) | A | Dividend | J | T | | | | | |
| 301. Vanguard Bond Index Fund (VBTLX) | A | Dividend | J | T | Buy (add'l) | 02/08/19 | J | | |
| 302. | | | | | Sold (part) | 08/13/19 | J | A | |
| 303. Vanguard Charlotte Fds (VTABX) | A | Dividend | J | T | Sold (part) | 08/13/19 | J | A | |
| 304. Vanguard Fixed Income (VFIDX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 305. Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Sold (part) | 01/08/19 | J | A | |
| 306. | | | | | Sold (part) | 02/11/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 308. | | | | | Sold (part) | 08/14/19 | J | A | |
| 309. | | | | | Sold (part) | 09/25/19 | J | A | |
| 310. Vanguard Total (BNDX) | A | Dividend | J | T | Buy (add'l) | 02/11/19 | J | | |
| 311. | | | | | Sold (part) | 08/14/19 | K | B | |
| 312. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 313. Equitable Financial Life Insurance Company- Fixed Annuity | D | Dividend | N | T | Buy | 08/16/19 | M | | |
| 314. Principal Financial Group, Inc. (Whole Life Policy) | A | Dividend | L | T | | | | | |
| 315. State Retirement PERS 2 (H) | | | | | | | | | |
| 316. State of Washtington Department of Retirement Systems | D | Interest | M | T | | | | | |
| 317. Rental Property #1 1/3 Ownership (Tacoma, WA) | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 07/27/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Fricke**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544